UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RENEE DASH,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　-against-<br><br>PETRO, INC.,<br><br>　　　　　　　　　Defendant. | 22-CV-2494 (ER)<br><br>ORDER OF SERVICE |

EDGARDO RAMOS, United States District Judge:

　　Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

　　The Clerk of Court is directed to issue a summons as to Defendant Petro, Inc. Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summons. If within those 90 days, Plaintiff has not either served Defendant or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

SO ORDERED.

Dated:　April 6, 2022
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　EDGARDO RAMOS
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge