# MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RENEE DASH )
)
)  Civil Action No. 22-cv-2494 (ER)
Plaintiff, )
)
v. )
)
PETRO, INC. )
)
Defendant. )

---

> Petro, Inc's motion to dismiss is denied without prejudice for failure to abide by the Court's Individual Practices.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: June 27, 2022
> New York, New York

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

TAKE NOTICE that PETRO, INC will argue the Motion to Dismiss for Improper Venue and for Failure to State a Claim Upon Which Relief May Be Granted on July 28, 2022, at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom No. 619 of the United States Courthouse located at 40 Foley Square, New York, New York 10007.

**NOTICE TO PRO SE LITIGANT WHO OPPOSES A RULE 12 MOTION**

**SUPPORTED BY MATTERS OUTSIDE THE PLEADINGS**

The defendant in this case has moved to dismiss or for judgment on the pleadings pursuant to Rule 12(b) or 12( c) of the Federal Rules of Civil Procedure, and has submitted additional written materials. This means that the defendant has asked the Court to decide this case without a trial, based on these written materials. You are warned that the Court may treat this motion as a motion for summary judgment under Rule 56 of the Federal Rules of Civil Procedure. For this reason, THE CLAIMS YOU ASSERT IN YOUR COMPLAINT MAY BE DISMISSED WITHOUT A TRIAL IF YOU DO NOT RESPOND TO THIS MOTION ON TIME by filing sworn affidavits as required by Rule 56( c) and/or other documents. The full text