UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RENEE DASH,

        Plaintiff,

        v.

PETRO, INC.,

        Defendant.

**OPINION AND ORDER**

22 Civ. 2494 (ER)

Ramos, D.J.:

    On consent of the parties, this matter is transferred to the United States District Court for the Eastern District of New York.

    It is SO ORDERED.

Dated:   July 15, 2022
           New York, New York

                                            Edgardo Ramos, U.S.D.J.